UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| URSULA KLAUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:21-cv-01524-TWP-MPB |
| | ) | |
| ROCHE DIABETES CARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MAGISTRATE JUDGE'S ORDER ON
VIRTUAL SETTLEMENT CONFERENCE**

This matter came before the Honorable Matthew P. Brookman, United States Magistrate

Judge, virtually via Zoom, on December 20, 2021, for a conference under Rule 16, Federal Rules

of Civil Procedure. The parties were present and represented by counsel.

The parties conducted settlement negotiations, but they were unable to reach an agreement.

Thereafter, the following **ORDER** is entered:

1. A **TELEPHONIC STATUS CONFERENCE** is set for **MAY 27, 2022** at 10:00

a.m., Indianapolis time (EST), before the Honorable Matthew P. Brookman, United States

Magistrate Judge. **The information needed by counsel to participate in this telephonic**

**conference will be provided by a separate notification.**

This order has been formulated after a conference at which the respective parties have

appeared. Any party shall file any corrections or additions within fourteen (14) days after receipt

of this order.

**SO ORDERED.**

**Dated:** December 20, 2021

Matthew P. Brookman
United States Magistrate Judge
Southern District of Indiana

1

**Served electronically on all ECF-registered counsel of record.**